IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| WILLIAM GIPSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:19cv224-MHT |
| | ) | (WO) |
| HYUNDAI POWER TRANSFORMERS | ) | |
| USA, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | | |
| WILLIAM GIPSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:17cv498-MHT |
| | ) | (WO) |
| HYUNDAI POWER TRANSFORMERS | ) | |
| USA, INC., | ) | |
| | ) | |
| Defendant. | ) | |

*GIPSON II* ORDER

It is ORDERED that the disputes set forth in the parties' Rule 26(f) report (doc. no. 31) are referred to the United States Magistrate Judge for consideration and resolution or recommendation, as follows. After holding a scheduling conference, the magistrate judge shall

recommend, for the court to incorporate in a uniform scheduling order, dates for the trial, the deadline for all discovery, the expert witness deadlines, and the dispositive motions deadline, and any other relevant deadlines, and shall resolve all other issues.

DONE, this the 22nd day of April, 2020.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE