IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| WILLIAM GIPSON,                  ) | |
|                                  ) | |
|     Plaintiff,                   ) | |
|                                  ) | CIVIL ACTION NO. |
|     v.                           ) | 2:19cv224-MHT |
|                                  ) | (WO) |
| HYUNDAI POWER TRANSFORMERS       ) | |
| USA, INC., et al.,               ) | |
|                                  ) | |
|     Defendants.                  ) | |

| | |
|---|---|
| WILLIAM GIPSON,                  ) | |
|                                  ) | |
|     Plaintiff,                   ) | |
|                                  ) | CIVIL ACTION NO. |
|     v.                           ) | 2:17cv498-MHT |
|                                  ) | (WO) |
| HYUNDAI POWER TRANSFORMERS       ) | |
| USA, INC.,                       ) | |
|                                  ) | |
|     Defendant.                   ) | |

### JUDGMENT

Pursuant to the stipulation of dismissal (Doc. 55), it is the ORDER, JUDGMENT, and DECREE of the court that these consolidated cases are dismissed in their entirety with prejudice, with the parties to bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

These cases are closed.

DONE, this the 2nd day of April, 2021.

                                    /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**